# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| KHAN KAMRAN, | ) |
| Petitioner, | ) |
| v. | ) 4:14-cv-2356-JHH-JEO |
| ERIC H. HOLDER, Attorney General of the United States, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2241 by Khan Kamran, *pro se*. He claims that he is being held in custody illegally by immigration officials at the Etowah County Detention Center in Gadsden, Alabama, pending removal from the United States. Respondents now move to dismiss the action as moot. (Doc. 9).

In support of their motion, Respondents have filed evidence showing that Petitioner was released from custody under order of supervision. (Doc. 9-1). Thus, Petitioner's claim for release under an order of supervision or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, Respondents' motion is due to be granted, and this matter is due to be dismissed as moot. A separate final order will be entered.

**DONE** this the   9th   day of February, 2015.

_____
SENIOR UNITED STATES DISTRICT JUDGE